UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brick Houston,<br><br>    Plaintiff<br><br>v.<br><br>Dewright Neven, et al.,<br><br>    Defendants | 2:16-cv-01263-JAD-PAL<br><br>**Order Vacating Dismissal Order**<br><br>[ECF No. 18] |

On January 31, 2017, I screened Brick Houston's § 1983 complaint and ordered him to file an updated address with the court by March 2, 2017. When Houston failed to file an updated address by this deadline, I dismissed this case without prejudice and vacated the early mediation conference scheduled for March 31, 2017.[1] The court recently received Houston's inmate mediation statement as directed by the court's February 22, 2017, order, so it appears that he is still receiving this court's orders.[2] In light of Houston's compliance with the February 22, 2017, order I vacate the dismissal order, reopen this case, and reinstate the inmate early mediation conference on March 31, 2017.

IT IS HEREBY ORDERED that the dismissal order **[ECF No. 18] is VACATED.** The Clerk of Court is directed to reopen this case and **REINSTATE the application to proceed *in forma pauperis* [ECF No. 5]** as an active, pending motion.

IT IS FURTHER ORDERED that the order scheduling the inmate early mediation conference for March 31, 2017, 2017, at 1:30 p.m. **[ECF No. 17] is REINSTATED.** The Clerk of Court is directed to SEND Houston another copy of the order setting the early mediation conference [ECF No. 17].

---

[1] ECF No. 18.

[2] It is unclear where Houston is currently incarcerated. The Nevada Department of Corrections database states that he is currently housed at Ely State Prison, but his last known address with the Court is at High Desert State Prison.

1    IT IS FURTHER ORDERED that the screening order's stay and status-report deadlines
2 **[ECF No. 14] are REINSTATED.**
3    Dated this 20th day of March, 2017.

_____
Jennifer A. Dorsey
United States District Judge