ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants Dwight Neven,
Timothy Filson, and Stacy Barrett*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRICK HOUSTON, | Case No. 2:16-cv-01263-JAD-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| DEWRIGHT NEVEN, *et al.*, | ECF Nos. 5, 23, 24 |
| Defendants. | |

It is stipulated and agreed by and between Brick Houston, Plaintiff Pro Se, and Defendants Dwight Neven, Timothy Filson, and Stacy Barrett, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. The parties hereby inform the

///

///

///

///

Court that they have reached an agreement to resolve this matter in its entirety, and that the Court may accordingly dismiss and close the case.

DATED 4-11, 2017.                              DATED April 18, 2017.

                                                      ADAM PAUL LAXALT
                                                    Attorney General

_____            By: _____
Brick Houston                                             Jared M. Frost
                                                      Nevada Bar No. 11132
*Plaintiff Pro Se*                                  Senior Deputy Attorney General
                                                      Office of the Nevada Attorney General
                                                      555 E. Washington Avenue, Suite 3900
                                                      Las Vegas, Nevada 89101

                                                      *Attorneys for Defendants*

## ORDER

Based on the parties' stipulation [ECF No. 24], good cause appearing, and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED with prejudice, each party to bear its own fees and costs. All pending motions [ECF Nos. 5, 23] are DENIED without prejudice as moot. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
April 21, 2017